Erik W. CASE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 69797.

Missouri Court of Appeals,
Western District.

May 26, 2009.

Mark A. Grothoff, Columbia, MO, for appellant.

Shaun J. Mackelprang and Karen L. Kramer, Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., and VICTOR C. HOWARD, JJ.

### Order

PER CURIAM:

Erik Case appeals the circuit court's denial of his Rule 29.15 motion for post-conviction relief based on ineffective assistance of counsel.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes ·or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Jason M. POTTER, Appellant.

No. WD 68793.

Missouri Court of Appeals,
Western District.

May 26, 2009.

Craig A. Johnston, Columbia, MO, for appellant.

Shaun J. Mackelprang, Robert J. Bartholomew, Jefferson City, MO, for respondent.

DIVISION ONE: LISA WHITE HARDWICK, Presiding Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Chief Judge.

### ORDER

PER CURIAM.

Jason Potter appeals his convictions for possession of marijuana with intent to distribute and possession of drug paraphernalia with intent to use. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the convictions. Affirmed. Rule 30.25(b).